IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

THOMAS MOORE, INDIVIDUALLY
AND ON BEHALF OF ALL WRONGFUL
DEATH BENEFICIARIES AND HEIRS AT
LAW OF CHARLES MOORE, DECEASED

THELMA COLLINS, INDIVIDUALLY
AND ON BEHALF OF ALL WRONGFUL
DEATH BENEFICIARIES AND HEIRS AT
LAW OF HENRY DEE, DECEASED                                              PLAINTIFFS

V.                                                  CIVIL ACTION NO. 3:09cv236TSL-FKB

FRANKLIN COUNTY, MISSISSIPPI                                             DEFENDANT

## AGREED ORDER OF DISMISSAL

The Plaintiffs and Defendant announce to this Court that they have resolved all differences and litigated issues between them, and therefore request that an Order of Dismissal be entered as to Defendant, Franklin County, Mississippi.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendant, Franklin County, Mississippi is dismissed with prejudice, each party to bear their own costs.

SO ORDERED, ADJUDGED AND DECREED, this the   14th   day of April, 2011.

/s/Tom S. Lee
U.S. DISTRICT COURT JUDGE

SO AGREED:

For Defendant:

 /s/ Michael J. Wolf
MICHAEL J. WOLF (MSB# 99406)
PAGE, KRUGER & HOLLAND, P.A.

For Plaintiffs:

 /s/ Robert B. McDuff
ROBERT B. McDUFF (MSB# 2532)


Prepared by:

Michael J. Wolf (MSB #99406)
Jan F. Gadow (MSB #8850)
Page, Kruger & Holland, P.A.
10 Cane Brake Blvd., Suite 200
Flowood, Mississippi 39232
Telephone No. (601) 420-0333
Facsimile No. (601) 420-0033